# UNITED STATES DISTRICT COURT

for

## EASTERN DISTRICT OF NORTH CAROLINA
## WESTERN DIVISION

U.S.A. vs. Matthew I. Leslie　　　　　　　　　　　　　　　　Docket No. 5:12-MJ-1158-1

### Petition for Action on Probation

COMES NOW Van R. Freeman, Jr., probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Matthew I. Leslie, who, upon an earlier plea of guilty to 21 U.S.C. § 844, Simple Possession of Marijuana, was sentenced by the Honorable James E. Gates, U.S. Magistrate Judge, on October 16, 2012, to a 12-month term of probation under the standard conditions adopted by the court and the following additional conditions:

1. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

2. The defendant shall abstain from the use of any alcoholic beverages, shall not associate with individuals consuming alcoholic beverages, shall not frequent business establishments whose primary product to the consumer is alcoholic beverages, and shall not use any medication containing alcohol without the permission of the probation office or a prescription from a licensed physician.

The defendant had originally been placed on probation under 18 U.S.C. § 3607 on April 10, 2012. However, he violated that supervision by being charged with Driving While Impaired. The court revoked that term on October 16, 2012, and placed him on probation as detailed above.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

The defendant is currently in substance abuse treatment. The treatment counselor reports there are some other issues that the defendant needs to address. These issues would be best addressed through mental health counseling. We would recommend that his supervision be modified to include a condition providing for mental health counseling. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

Matthew I. Leslie
Docket No. 5:12-MJ-1158-1
Petition For Action
Page 2

**PRAYING THAT THE COURT WILL ORDER** that probation be modified as follows:

1. The defendant shall participate in a program of mental health treatment, as directed by the probation office.

Except as herein modified, the judgment shall remain in full force and effect.

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Van R. Freeman, Jr.
Van R. Freeman, Jr.
Senior U.S. Probation Officer
310 Dick Street
Fayetteville, NC 28301-5730
Phone: (910) 483-8613
Executed On: December 17, 2012

## ORDER OF COURT

Considered and ordered this 17 day of December, 2012, and ordered filed and made a part of the records in the above case.

_____
James E. Gates
U.S. Magistrate Judge